# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KIRK MANUEL**                                                                                    **PLAINTIFF**

**v.**                                            **No. 2:12-cv-00035 KGB**

**MDOW INSURANCE COMPANY**                                                        **DEFENDANT**

## ORDER

Defendant MDOW Insurance Company ("MDOW") has filed a motion to withdraw its previously filed motion to compel or in the alternative for contempt (Dkt. No. 17). MDOW's motion to withdraw is granted. (Dkt. No. 19)

SO ORDERED this 30th day of August, 2012.

_____
Kristine G. Baker
United States District Judge